# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

_____

**LOIS IRENE TAYLOR**,       Case No. 1:09-cv-1069

                  Hon. Paul L. Maloney

     Plaintiff,

vs.

**VALLEY MEDIA, INC.**,

     Defendant.

_____/

AVANTI LAW GROUP, PLLC
By: Robert Anthony Alvarez
Attorneys for Plaintiff
4543 S. Division Ave.
Wyoming, MI 49548
(616) 257-6807

_____/

## NOTICE OF DISMISSAL

     NOW COMES the Plaintiff, by and through her attorneys and hereby dismisses this matter with prejudice.

Dated: June 9, 2010                 */s/ Robert Anthony Alvarez*
                                         AVANTI LAW GROUP, PLLC
                                         Robert Anthony Alvarez (P66954)
                                         Attorney for Plaintiff

**IT IS ORDERED.**

Dated: June 10, 2010                /s/ Paul L. Maloney
                                         Hon. Paul L. Maloney